# United States District Court

## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

| | |
|---|---|
| Premises known as: 4046 Oakland Avenue, Apt. C, Shorewood, Wisconsin, which is an apartment located above the Bayshore Veterinary Clinic. The building is constructed of brownish brick and consists of four separate apartments. An entrance located on the building's western side provides access from Oakland Avenue to Apartment C. | SEARCH WARRANT<br><br>CASE NUMBER: 09-M-494 |

TO: **THOMAS DOYLE, Special Agent with the United States Secret Service:**

Affidavit having been made before me to Special Agent Thomas Doyle of the United States Secret Service, who has reason to believe that on the premises known as

> 4046 Oakland Avenue, Apt. C, Shorewood, Wisconsin, which is an apartment located above the Bayshore Veterinary Clinic. The building is constructed of brownish brick and consists of four separate apartments. An entrance located on the building's western side provides access from Oakland Avenue to Apartment C.

in the State and Eastern District of Wisconsin, there is now concealed certain property, namely;

SEE ATTACHED LIST OF ITEMS TO BE SEIZED, all of which are evidence violations of Title 18, United States Code, Sections 371, 1343, 1344, and 1349.

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _August 24, 2009_
                                                                    Date

(~~not to exceed 10 days~~) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 a.m. to 10:00 p.m.)(~~at any time in the day as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property seized and promptly return this warrant to _WILLIAM E. CALLAHAN, JR._ as required by law.

Sworn to before me, and subscribed in my presence

_August 14, 2009 at 2:55 PM_                at _Milwaukee, Wisconsin_
Date and time issued                             City and State

THE HONORABLE WILLIAM E. CALLAHAN, JR.        _William E. Callahan_
United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

| | | |
|---|---|---|
| **RETURN** | | |
| Date Warrant received 8/14/09 | Date and time Warrant executed 8/14/09 3:30 P.M. | Copy of warrant and receipt for items left ~~with~~ on apartment coffee table |
| Inventory made in the presence of Special Agent Thomas Doyle | | |

Inventory of person or property taken pursuant to the Warrant

SEE ATTACHED

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_T. F. D[signature]_

Subscribed, sworn to, and returned before me this date.

_William E. Callahan_ 8/24/09
U.S. Judge or Magistrate Judge           Date

# ATTACHMENT A

Description of items to be seized:

Records, in whatever form kept or stored (*i.e.*, paper, computer, electronic, or any other data storage medium), including, reflecting, or consisting of any of the following:

1. personal identification records and information,
2. financial records and information,
3. credit card records, including convenience checks,
4. receipts and invoices, including receipts of credit card purchases,
5. jewelry,
6. debit card records,
7. incorporation records,
8. employment records,
9. tax returns and tax return information,
10. address lists,
11. phone records,
12. travel records,
13. Shipping records, address lists, and address labels,
14. Calendars and diaries, and
15. correspondence, mailings, notes, or email messages concerning any of the topics enumerated above.

In conducting the search authorized by this warrant, if a computer is found, the agents shall seize the computer and shall promptly make an image of the hard drive. In searching the hard drive and any data storage media, the agents shall make reasonable efforts to use computer search methodologies that avoid searching files, documents or other electronically stored information that is not identified in the warrant. To that end, the search procedure of the electronic data contained within the computer and computer media, whether performed on site or in a laboratory, or other controlled environment, may include the following techniques (the following is a non-exclusive list, as other search procedures within the scope of the warrant may be used):

    a.    Surveying various file "directories" and the individual files they contain to identify other pertinent files such as chat logs or emails which may contain data that falls within the list of items to be seized as set forth herein (analogous to looking at the outside of a file cabinet for the markings it contains and opening a drawer believed to contain pertinent files);

    b.    Opening files and cursorily examining them in order to determine their precise contents;

    c.    Searching for and attempting to recover any deleted, hidden, or encrypted data to determine whether that data falls within the list of items to be seized as set forth herein (any data that is encrypted and unreadable will not be returned unless law enforcement personnel have determined that

the data is not (1) an instrumentality of the offenses, (2) a fruit of the criminal activity, (3) contraband, (4) otherwise unlawfully possessed, or (5) evidence of the offenses specified above);

d.  Performing key word searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that pertain to the subject matter of the investigation; and

e.  Performing any other data analysis technique that may be necessary to locate and retrieve records of the types described in attachment A.

- Items ~~found in black purse~~ located in living room closet:
  - 1 North Shore Bank Mastercard
  - 1 Target gift card
  - 1 Chase Visa
  - 1 Chase Mastercard
  - 1 WAMU Visa
  - 1 GM Mastercard
  - 1 WI ID card # G626-7206-2675-06
  - 1 gemologist report
  - 3 notepads
  - 9 Gold-colored chains
  - 2 rings and receipts
- ~~Items found in living room closet in~~
  - $3,680 in genuine U.S. currency
  - 4 Movado watches w/boxes
  - 1 Tourneau box containing receipt for Tourneau watch
  - Various receipts and financial documents
  - 1 empty Panasonic Phone box
  - 1 empty T-Mobile phone box

Additional items found in living room closet
- Misc perfumes and cosmetics
- 1 Tylie Malibu purse (black)

- 1 box containing T-Mobile phone

Items found in living room
- 1 Magic Jack
- 1 Sny Ericsson phone (Pink)
- 1 Samsung phone (BLK)
- 1 LG phone (BLK)
- 1 Sony PSP
- 1 Toshiba laptop w/peripherals
- 1 Black men's wallet containing
    - WI DL M2457806021707
    - North Shore Bank Debit card → 6333, → 5141 40505
    - (2) Visa gift cards valued $100 each
    - (1) AMEX gift card valued $100 - 26651
    - (1) Target visa credit card - 2788
    - (1) Chase visa credit card - 8152
    - $113 cash
    - Misc. papers/receipts
- 1 Playstation 3 and peripherals
- 1 Sony Bravia LCD TV w/peripherals
- 1 fax machine
- 2 landline phones

## Bedroom
### Closet

Numerous bottles of parfume
1 Sony Box laptop (unopened)
1 Sony Camera in box
1 Nokia Cell phones
1 Samsung Cell phone
1 Erikson Cell Cell phone
1 Nokia Cell phone
4 T-mobile my-Touch Cell phones, in box
2 Cell phone Sim Cards, in box
2 Samsung Cell phones
1 Erickson Cell phone
1 Vertu Cell phone, in box
2 ASUS Laptops, in box
1 logitech Keyboard, in box
Numerous miscellaneous documents found in Closet
1 pair Hugo Boss Shoes
2 pair Ferragamo shoes
3 Ferragamo purses

[Bedroom]
— Near Computer

1  GPS Unit Garmin
1  Nikon Camera
1  Lumix Camera
Numerous miscellaneous documents and handwritten notes found near computer.
1  Gateway Desktop computer and accessories
1  Net gear wireless router
4  memory Cards
4  sim cards
1  title to BMW
1  HP Laptop and accessories (in box)
1  Brother Printer
   miscellaneous check books
~~1 USB drive on shelf~~
4  Sim cards
2  USB Drives
   miscellaneous DVD/CD Roms near computer

[Bedroom]

Bedside table & drawers

1 Samsung Cell phone (Red)
1 Motorola Cell phone (Silver/Black)
1 Stauer watch in Stauer Box
1 green 13 pocket check file containing miscellaneous document
Numerous receipts, statements, and handwritten documents
3 Visa branded cards
1 Mastercard
1 Best Buy Card
1 Sam's Club Card
3 American Express envelopes (unopened)
4 American Express branded Cards
1 Bulgari Branded watch
3 gold colored chains in a black box
1 Silver colored pendant + necklace
1 Gold colored chain in Grey box
1 pair silver colored earrings in gold colored box
2 Gold Colored Chains in black box
Numerous bottles of parfume

[Foyer]

(1) Sony Walkman ~~found~~